435 A.2d 266

Commonwealth v. Morales, Appellant.

Submitted December 5, 1980. Karl F. Longenbach, for appellant; James J. Narlesky, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, DiSALLE and MONTEMURO, JJ.

Judgment of sentence affirmed.